345-20/PJG

FREEHILL HOGAN & MAHAR LLP
*Attorneys for Defendant and Counterclaimant*
*Laurel Shipping LLC*
80 Pine Street, 25th Floor
New York, New York 10005-1759
(T): 212.425.1900 | (F): 212.425.1901
Peter J. Gutowski
Yaakov U. Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREL SHIPPING LLC, FREEPOINT COMMODITIES LLC, and FREEPOINT COMMODITIES SINGAPORE PTE LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> RIDGEBURY KILO LLC, <br><br> Defendant. | Civil Action No.: 20-cv-7246 <br><br> **RULE 7.1 CORPORATE** <br> **DISCLOSURE STATEMENT** |

Plaintiff Laurel Shipping LLC ("Laurel"), by and through its undersigned attorneys, Freehill Hogan & Mahar LLP, pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal certifies that Laurel is a subsidiary of Freepoint Commodities Holdings LLC and that no publicly held corporation owns 10% or more of Laurel's stock.

Dated: New York, New York
September 4, 2020

                                         FREEHILL HOGAN & MAHAR LLP
                                         *Attorneys for Plaintiffs*

                                         /s/ Peter J. Gutowski
                              By:_____
                                         Peter J. Gutowski
                                         80 Pine Street, 25th Floor
                                         New York, New York 10005-1759
                                         (T): 212.425.1900 | (F): 212.425.1901
                                         gutowski@freehill.com

531883.1