345-20/PJG
FREEHILL HOGAN & MAHAR LLP
*Attorneys for Defendant and Counterclaimant*
*Laurel Shipping LLC*
80 Pine Street, 25th Floor
New York, New York 10005-1759
(T): 212.425.1900 | (F): 212.425.1901
Peter J. Gutowski
Yaakov U. Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREL SHIPPING LLC, FREEPOINT COMMODITIES LLC, and FREEPOINT COMMODITIES SINGAPORE PTE LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> RIDGEBURY KILO LLC, <br><br> Defendant. | Civil Action No.: 20-cv-7246 <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Freepoint Commodities LLC ("Freepoint"), by and through its undersigned attorneys, Freehill Hogan & Mahar LLP, pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal certifies that Freepoint is a subsidiary of Freepoint Commodities Holdings LLC and that no publicly held corporation owns 10% or more of Freepoint's stock.

Dated: New York, New York
September 4, 2020

             FREEHILL HOGAN & MAHAR LLP
             *Attorneys for Plaintiffs*

              /s/ Peter J. Gutowski
          By:_____
             Peter J. Gutowski
             80 Pine Street, 25th Floor
             New York, New York 10005-1759
             (T): 212.425.1900 | (F): 212.425.1901
             gutowski@freehill.com

531884.1