UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| LAUREL SHIPPING LLC, FREEPOINT COMMODITIES LLC, and FREEPOINT COMMODITIES SINGAPORE PTE LTD.,<br><br>Plaintiffs,<br><br>- against -<br><br>RIDGEBURY KILO LLC,<br><br>Defendant,<br><br>DNB BANK ASA, RV4 FLEET FINANCE LLC and RIDGEBURY V4 INVESTMENTS LLC,<br><br>Garnishees. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9/17/2020<br><br><br>Case No. 20-cv-7246 (RA) |

------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

On September 14, 2020, the Court issued an Order scheduling an initial conference for September 18, 2020 at 1:45 PM. Dkt. 14. The Order directed the parties to submit a joint letter and a proposed case management plan by September 16, 2020. *Id*. The parties have not yet done so. They shall do so by the end of the day today, and/or shall inform the Court whether they seek an extension of the deadline to do so and an adjournment of the initial conference.

SO ORDERED.

Dated:   September 17, 2020
         New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge