```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LAUREL SHIPPING LLC, FREEPOINT          :
COMMODITIES LLC, and FREEPOINT          :
COMMODITIES SINGAPORE PTE LTD.          :
                                        :
              Plaintiffs,               :
                                        :
    - against -                         :
                                        :
RIDGEBURY KILO LLC,                     :   Case No. 20-cv-7246 (RA)
                                        :
              Defendant,                :   ORDER
                                        :
DNB BANK ASA, RV4 FLEET                 :
FINANCE LLC and RIDGEBURY V4            :
INVESTMENTS LLC,                        :
                                        :
              Garnishees.               :
------------------------------------------------------X
```

<div style="float:right;border:1px solid black;padding:4px;">
USDC-SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC#:<br>
DATE FILED: 9/18/2020
</div>

RONNIE ABRAMS, United States District Judge:

The Court hereby schedules oral argument on the parties' dispute regarding the Rule B attachment for September 22, 2020 at 2:30 PM.

In addition, the initial conference presently scheduled for 1:45 PM today is hereby adjourned to October 8, 2020 at 2:45 PM. The parties shall file the joint letter and proposed case management plan described in the Court's September 14, 2020 Order, Dkt. 14, no later than October 1, 2020.

Both the oral argument and the initial conference will be held on the conference line provided in the Court's September 14, 2020 Order. The conference line is open to the public.

SO ORDERED.

Dated:   September 18, 2020
         New York, New York

                                              _____
                                              Ronnie Abrams
                                              United States District Judge