USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREL SHIPPING LLC, FREEPOINT COMMODITIES LLC, and FREEPOINT COMMODITIES SINGAPORE PTE LTD.,

    Plaintiffs,

v.

RIDGEBURY KILO LLC,

    Defendant.

No. 20-CV-7246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's telephone conference, the parties shall file a joint letter regarding their respective positions on consolidation of this action with *Seawolf Tankers v. Laurel Shipping*, 20-cv-5198 (RA), no later than November 9, 2020.

SO ORDERED.

Dated:    October 8, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge