345-20/PJG/YA
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREL SHIPPING LLC, FREEPOINT COMMODITIES LLC, and FREEPOINT COMMODITIES SINGAPORE PTE LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> RIDGEBURY KILO LLC, <br><br> Defendant. | Civil Action No.: 20-cv-07246 <br><br> **ORDER VACATING ATTACHMENT** |

  On application of the Plaintiff, and on consent of all parties, the Rule B attachment issued in this action is hereby vacated and withdrawn, and any garnishee(s) on whom a copy of the Writ of Attachment was served and who is holding assets of the Defendant is hereby directed to release same from restraint.

Dated: New York, New York
   October 23, 2020

SO ORDERED:

_____
Ronnie Abrams
United States District Judge