UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAWOLF TANKERS INC.,

                  Plaintiff,

       v.

LAUREL SHIPPING LLC,

                  Defendant.

No. 20-CV-05198 (RA)

FREEPOINT COMMODITIES LLC and
FREEPOINT COMMODITIES SINGAPORE
PTE LTD.,

                  Plaintiffs,

       v.

RIDGEBURY KILO LLC and SEAWOLF
TANKERS INC.,

                  Defendants.

No. 20-CV-07246 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties in the related cases at docket numbers 20-cv-5198 and 20-cv-7246 shall

appear for a conference on October 3, 2022 at 11:30 a.m. Unless the parties request otherwise,

the conference will be held via telephone. The parties may dial into the conference using the

following information: Call-In Number: (888) 363-4749; Access Code 1015508. This line is

open to the public.

SO ORDERED.

Dated:       September 27, 2022
               New York, New York

_____
Ronnie Abrams
United States District Judge